**Sylvia M. KITT, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 2013–3100.

United States Court of Appeals, Federal Circuit.

Dec. 23, 2013.

Sylvia M. Kitt, of Jacksonville, Florida, pro se.

Sarah M. Valenti, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

O'MALLEY, PLAGER, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This Cause having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**